TP-584 (4/89)

New York State Department of Taxation and Finance

**New York State Combined Real Property Transfer Gains Tax Affidavit Real Estate Transfer Tax Return Credit Line Mortgage Certificate**

For department use only

See instructions (TP-584-I) before completing this form

## Schedule A - Information Relating to Conveyance

Please print or type
(Transferor/grantor)
Name: Liddie MAE Murphy
Address: 45 West 84th STREET, New York, N.Y.
ZIP code:
Social security number: 260  09  4056
Federal employer identification number:

(Transferee/grantee)
Name: ANDREW College
Address: 413 College STREET, Cuthbert, Georgia  31740
ZIP code: 31740
Social security number:
Federal employer identification number: 58 1056868 7

Location and description of property conveyed

| Tax map designation | Address | City/Village | Town | County |
|---|---|---|---|---|
| Block 1198  Lot 108 | 45 West 84th Street | N.Y. |  | N.Y. |

Type of property conveyed (Check applicable box)
1 ☐ 1 - 3 family house
2 ☐ Residential cooperative
3 ☐ Residential condominium
4 ☐ Vacant land
5 ☑ Other  Multiple Dwell.

Date of conveyance: month / day / year

Percentage of real property conveyed which is residential real property _____ %

Condition of conveyance (Check all that apply)
a. __ Conveyance of fee interest
b. __ Acquisition of a controlling interest (state percentage acquired _____ %)
c. __ Transfer of a controlling interest (state percentage transferred _____ %)
d. __ Conveyance to cooperative housing corporation
e. __ Conveyance pursuant to or in lieu of foreclosure (Attach Form TP-584.1, Schedule E)
f. __ Conveyance which consists of a mere change of identity or form of ownership or organization (Attach Form TP-584.1, Schedule F)
g. __ Conveyance for which credit for tax previously paid will be claimed (Attach Form TP-584.1, Schedule G)
h. __ Conveyance of air rights or development rights
i. __ Contract assignment
j. __ Option assignment or surrender
k. __ Leasehold assignment or surrender
l. __ Leasehold grant
m. __ Conveyance of an easement
n. __ Conveyance for which exemption from transfer tax is claimed. (Complete Schedule C, Part III)
o. ☑ Conveyance by gift
p. __ Conveyance of property partly within and partly without the state
q. __ Other (Describe) _____

## Schedule B - Real Property Transfer Gains Tax Affidavit (Article 31-B of the Tax Law)

☐ Check this box if a Tentative Assessment and Return is being filed with respect to your current transfer, and proceed to Schedule C without completing the following affidavit. Also, enter the assessment number shown on the Tentative Assessment: _____.

I (we) certify that: (check appropriate box)

1 ☐ The transfer of real property consists of the execution of a contract to sell real property without the use or occupancy of such property or the granting of an option to purchase real property without the use or occupancy of such property.

2 ☑ The transfer is a transfer of real property where the consideration is less than $500,000 and which is neither (A) pursuant to a cooperative or condominium plan, nor (B) a partial or successive transfer pursuant to an agreement or plan to effectuate by partial or successive transfers a transfer which would otherwise be included in the coverage of Article 31-B of the Tax Law.

3 ☐ The transfer is a transfer of real property by tenants in common, joint tenants or tenants by the entirety where the aggregate consideration is less than $500,000. (All such transferors must sign this form.)

4 ☐ The conveyance is not a transfer of real property within the meaning of section 1440.7 of Article 31-B of the Tax Law. (Attach documents supporting such claim, and sign on back as required.)

5 ☐ The transfer of real property consists of premises wholly occupied and used by the transferor exclusively as his residence, including a cooperative apartment or condominium occupied by the transferor exclusively as a residence. (This exemption may only be claimed by an individual, estate or trust.)

6 ☐ The governmental entity (transferor) is the State of New York, or any of its agencies, instrumentalities, political subdivisions, or public corporations, including a public corporation created pursuant to an agreement or compact with another state or Canada.

7 ☐ The governmental entity (transferor) is the United Nations or any other international organization of which the United States is a member, the United States of America or any of its agencies or instrumentalities.

## Schedule C - Real Estate Transfer Tax Return (Article 31 of the Tax Law)

**Part I - Computation of Tax Due**

1. Enter amount of consideration for conveyance. (If you are claiming a total exemption from tax, enter consideration and proceed to Part III) .......... 1 | -0-
2. Continuing lien deduction (See instructions if property is taken subject to mortgage or lien) .......... 2 |
3. Taxable consideration (Subtract line 2 from line 1) .......... 3 |
4. Tax due: $2 for each $500, or fractional part thereof, of consideration on line 3 .......... 4 |
5. Amount of credit claimed (See instructions and attach Form TP-584.1, Schedule G) .......... 5 |
6. Total tax due* (Subtract line 5 from line 4) .......... 6 | 0

**Part II - Computation of Additional Tax Due on the Conveyance of Residential Real Property for $1 Million or More**

1. Enter amount of consideration for conveyance (same as amount in Part I, line 1) .......... 1 | 0
2. Taxable consideration (Multiply line 1 by the percentage of the premises which is residential real property) (see instructions) .......... 2 |
3. Total additional tax due (1% of line 2) .......... 3 | 0

*Please make check(s) payable to the county clerk where the recording is to take place or the Department of Taxation and Finance if payment is being made directly to the Tax Department.

| For recording officer's use | Amount received ▶ | Part I  $  Part II  $ | Date received | Transaction number |
|---|---|---|---|---|

TP-584 (4/89) (back)

## Schedule C - (continued)

**Part III - Explanation of Exemption Claimed in Part I, line 1.** *(check any boxes that apply)*

The conveyance of real property is exempt from the real estate transfer tax for the following reason:

a. Conveyance is to the United Nations, the United States of America, the State of New York or any of their instrumentalities, agencies or political subdivisions (or any public corporation, including a public corporation created pursuant to agreement or compact with another state or Canada) .................................................................................................... a ☐

b. Conveyance is to secure a debt or other obligation ........................................................................................ b ☐

c. Conveyance is without additional consideration to confirm, correct, modify or supplement a prior conveyance .................. c ☐

d. Conveyance of real property without consideration and otherwise than in connection with a sale, including conveyances conveying realty as bona fide gifts ............................................................................................................. d ☑

e. Conveyance is given in connection with a tax sale ........................................................................................ e ☐

f. Conveyance is a mere change of identity or form of ownership or organization where there is no change in beneficial ownership. (This exemption cannot be claimed for a conveyance to a cooperative housing corporation of real property comprising the cooperative dwelling or dwellings.) ........................................................................................... f ☐

g. Conveyance consists of deed of partition ................................................................................................... g ☐

h. Conveyance is given pursuant to the federal bankruptcy act ............................................................................ h ☐

i. Conveyance consists of the execution of a contract to sell real property without the use or occupancy of such property or the granting of an option to purchase real property without the use or occupancy of such property .................................. i ☐

j. Conveyance of an option or contract to purchase real property with the use or occupancy of such property where the consideration is less than $200,000 and such property was used solely by the grantor as his personal residence and consists of a 1, 2, or 3 family house, a residential individual condominium unit, or the sale of stock in a cooperative housing corporation in connection with the grant or transfer of a proprietary leasehold covering an individual residential cooperative unit ............ j ☐

k. Other *(attach explanation)* .................................................................................................................. k ☐

## Schedule D - Credit Line Mortgage Certificate (Article 11 of the Tax Law)

**Complete the following only if the interest being transferred is a fee simple interest.**

I (we) certify that: *(Check appropriate box)*

1 ☐ The real property being sold or transferred is not principally improved nor will it be improved by a one-to six-family owner-occupied residence or dwelling.

2 ☑ The real property being sold or transferred is not subject to an outstanding credit line mortgage.

3 ☐ The real property being sold or transferred is subject to an outstanding credit line mortgage. However, an exemption from the tax is claimed for the following reason:

  ☐ The transfer of real property is a transfer of a fee simple interest to a person or persons who held a fee simple interest in the real property (whether as a joint tenant, a tenant in common or otherwise) immediately prior to the transfer;

  ☐ The transfer of real property is (A) to a person or persons related by blood, marriage or adoption to the original obligor or to one or more of the original obligors or (B) to a person or entity where a majority of the beneficial interest in such real property after the transfer is held by the transferor or such related person or persons;

  ☐ The transfer of real property is a transfer to a trustee in bankruptcy, a receiver, assignee or other officer of a court;

  ☐ Other (attach detailed explanation).

4 ☐ The real property being transferred is presently subject to an outstanding credit line mortgage, however, no tax is due for the following reason:

  ☐ A certificate of discharge of the credit line mortgage is being offered at the time of recording the deed; or

  ☐ A check has been drawn payable for transmission to the credit line mortgagee or his agent for the balance due and a satisfaction of such mortgage will be recorded as soon as it is available.

5 ☐ The real property being transferred is subject to an outstanding credit line mortgage on record at _____ (insert liber and page or reel or other identification of the mortgage). The maximum principal amount expressed in the mortgage is _____. No exemption from tax is claimed and the tax of _____ is being paid herewith. *(Make check payable to county clerk where deed will be recorded.)*

## Signature and Affirmation (Both the transferor(s)/grantor(s) and transferee(s)/grantee(s) must sign).

The undersigned, being duly sworn, depose and say under penalty of perjury that the above return, including any affidavit, certification, schedule or attachment, has been examined by the undersigned, and is, to the best of his/her knowledge, true and complete and made in good faith pursuant to Articles 11, 31 and 31-B of the New York State Tax Law.

ANDREW College, a Not For Profit Corporation

_Liddie Mae Murphy_    _____    By _Kirk Nahn_    PRESIDENT
Transferor/grantor    Title    Transferee/grantee    Title

_Liddie Mae Murphy_        _Kirk Nahn_
                            President

Subscribed to and sworn before me    Subscribed to and sworn before me
this _23_ day of _March_, 19_91_.    this _23_ day of _March_, 19_91_.

_Kristin V. Bellouny_    KRISTIN V. BELLOUNY    _Kristin V. Bellouny_    KRISTIN V. BELLOUNY
                         Notary Public, State of New York                    Notary Public, State of New York
State of _New York_      No. 43-01BE4694995    State of _New York_          No. 43-01BE4694995
                         Qualified in Richmond County                       Qualified in Richmond County
County of _New York_     Term Expires June 30, 19__    County of _New York_ Term Expires June 30, 19__

**Reminder:** Did you complete all of the required information in Schedules A and B? Were you required to complete Schedules C and D? If you checked e, f and g in Schedule A, did you complete TP-584.1? Have you attached your check(s) made payable to the county clerk where recording will take place or the Department of Taxation and Finance if payment is being made directly to the Tax Department?